IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAY HARBERT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NCO FINANCIAL SYSTEMS, INC.** | : | **NO. 11-6054** |

### O R D E R

    **AND NOW, TO WIT:** This 7th day of February, 2012, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, and without costs.

                          **MICHAEL E. KUNZ**, Clerk of Court

                **BY:** _/s/ Jean M. Pennie_
                            Jean M. Pennie
                            Deputy Clerk

Civ 2 (8/2000)
41(b).frm